UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:

Michelle Halloran         Case No. <u>11-40570-PJS</u>

                 Chapter 7

## ORDER DENYING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

 An Application for Payment from Unclaimed Funds was filed by Michelle Halloran the debtor on October 18, 2013. Upon further review, proper documentation required has not been not been provided as requested, therefore,

 **IT IS ORDERED** that the Application for Payment of Unclaimed Funds filed by Michelle Halloran, is hereby **DENIED**.

.

Signed on November 07, 2013

              <u>/s/ Phillip J. Shefferly</u>
              Phillip J. Shefferly
              United States Bankruptcy Judge